UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID THILL,                                                    CIVIL NO. 08-5833 (PJS/JSM)

    Plaintiff,

v.                                                                              ORDER

THE STATE OF MINNESOTA,

    Defendant.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 25, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Docket No. 2), is DENIED AS MOOT; and

    2.    This action is summarily DISMISSED WITHOUT PREJUDICE.

Dated: 12/18/08

                                       s/Patrick J. Schiltz
                                      PATRICK J. SCHILTZ
                                      United States District Judge